UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RYAN GITTENS #A037-185-792                    CASE NO.  25-cv-1457 SEC P

-vs-                                                          JUDGE DRELL

DEPARTMENT OF HOMELAND            MAGISTRATE JUDGE PEREZ-MONTES
SECURITY

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 24), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 10) is GRANTED.  Petitioner must be released within five (5) business days. Respondents must file a notice of compliance within 24 hours of Petitioner's release.

THUS DONE AND SIGNED at Alexandria, Louisiana this __8__ day of May 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT